# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ABDULWAHAB HUMAYUN | ) | Case No. 1:20-mj-353 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 1, 2020 through the present in the city/county of Prince William in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1001(a)(1) | False Statements (falsifying, concealing, or covering up a material fact by means of trick, scheme, or device) |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Danya E. Atiyeh
*Printed name and title*

**Adam Greenspan**
Digitally signed by Adam Greenspan
Date: 2020.12.14 10:02:36 -05'00'
*Complainant's signature*

Adam M. Greenspan, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephonic conference *(specify reliable electronic means)*.

Date:

City and state: Alexandria, VA

**John F. Anderson**
Digitally signed by John F. Anderson
Date: 2020.12.14 11:23:24 -05'00'
*Judge's signature*

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*