# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:**

City: Woodbridge
Superseding Indictment:
**Criminal No.**

County: Prince William
Same Defendant:
New Defendant:

Magistrate Judge Case No. 1:20-mj-353
**Arraignment Date:**

Search Warrant Case No. 1:20-sw-1788, 1789
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Abdulwahab Humayun
Alias(es):
☐ Juvenile   FBI No.

**Address:** XXXX Sunny Brook Court, Woodbridge, VA 22192

Employment:

**Birth Date:** XX/XX/1998   **SSN:** 2XXX-XX-6410   **Sex:** Male   Race: White   Nationality: USA

**Place of Birth:** Alexandria, VA   Height: 5'11"   Weight: 170 lbs   Hair: Black   Eyes: Brown   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:** English   Auto Description:

## Location/Status:

**Arrest Date:**    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:    ☐ Court Appointed   Counsel Conflicts:

Address:    ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Danya E. Atiyeh   **Phone:** 703-299-3824   **Bar No.** 81821

## Complainant Agency - Address & Phone No. or Person & Title:

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. s 1001(a)(1) | false statements | | felony |
| Set 2: | | | | |

**Date:**   **AUSA Signature:** *Digitally signed by DANYA ATIYEH Date: 2020.12.14 10:14:55 -05'00'*

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** [ ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form] [Reset Form]