TYPE OF HEARING: R5 -comp
CASE NUMBER: 20mj353
MAGISTRATE JUDGE: John F. Anderson
DATE: 12/15/20
TIME: 2pm
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Abdulwahab Humayun

GOVT. ATTY: Danya Atiyeh

DEFT'S ATTY: w/out counsel

DUTY AFPD: Ken Troccoli

INTERPRETER/LANGUAGE: ____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( X )
DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES ( X )
DEFT INFORMED OF THE VIOLATION (S) (  )
COURT TO APPOINT COUNSEL ( X )    FPD ( X )  CJA (  )  Conflict List (  )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (  )

Govt is not seeking detention.

BOND: Deft placed on PR bond with conditions.

NEXT COURT APPEARANCE: 12/18/20    TIME: 2pm
PH - JFA

13min