IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, )
)
v. )
) CASE NO. 1:20-MJ-353
ABDULWAHAB HUMAYUN )
)
Defendant. )

## ORDER

In accordance with General Order 2020-23 entered by Chief Judge Davis on December 11, 2020 (2:20mc07), this court finds that the defendant, with the advice of counsel, has consented to the use of video conferencing to conduct the initial appearance hearing that was heard in this court on December 15, 2020, as authorized by §15002(b)(1) of the CARES Act, H.R. 748, 116th Congress (2020). The court finds that this proceeding falls within the class of "critical" proceedings that should not be delayed in light of the COVID-19 pandemic.

Entered this 15th day of December, 2020.

/S/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia